# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Joyce L Wilson, | : |
| | : Civil Action No.: 1:18-cv-05204-WMR |
| Plaintiff, | : |
| v. | : |
| Merchants Preferred Lease-Purchase Systems, | : |
| Defendant. | : |

## STIPULATED DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE

Plaintiff Joyce L Wilson and Defendant C/C Financial Corp., d/b/a Merchants Preferred Lease-Purchase Systems, by and through the undersigned counsel, have agreed to the Stipulated Dismissal of all claims asserted by Plaintiff in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff Joyce L Wilson dismisses *with prejudice* all claims asserted by Plaintiff in this matter. Defendant's state law claim remains pending, and Defendant is concurrently filing a Motion to Remand. The Court will retain jurisdiction to enforce the terms of a settlement agreement if one is reached between the parties prior to remand.

## **CERTIFICATE OF FONT TYPE AND SIZE**

Undersigned counsel hereby certifies that the foregoing has been prepared with Times New Roman 14-point Font, as approved in LR5.1C.

[SIGNATURES CONTAINED ON FOLLOWING PAGE.]

Respectfully submitted this 28th day of February, 2019.

| **LEMBERG LAW, LLC** | **CHOATE & COMPANY, P.C.** |
|---|---|
| /s/ Sergei Lemberg, Esq. | /s/ J. Samuel Choate |
| Sergei Lemberg, Esq. | J. Samuel Choate, Jr., Esq. |
| Attorney Bar No.: 598666 | Georgia Bar No.: 124962 |
| *Attorney for Plaintiff Joyce L Wilson* | *Attorney for Defendant C/C Financial Corp., d/b/a Merchants Preferred Lease-Purchase Systems* |
| 43 Danbury Road | |
| Third Floor | 300 Main Street, Suite 201 |
| Wilton, CT 06897 | St. Simons Island, GA 31522 |
| Telephone: (203) 653-2250 | (912) 264-4211 |
| Email: slemberg@lemberglaw.com | sam@choateandcompany.com |

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2019, I electronically filed the foregoing STIPULATED DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>J. Samuel Choate, Jr., Esq.
>300 Main Street, Suite 201
>St. Simons Island, GA 31522
>sam@choateandcompany.com
>*Attorney for Defendant C/C Financial Corp.,*
*d/b/a Merchants Preferred Lease-Purchase Systems*

>>*/s/Sergei Lemberg*
>>Georgia Bar No. 598666
>>Attorney for Plaintiff

LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424